UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

- vs-

D-5    MAZEN MAZRAANI,

        Defendant.

_____/

CRIMINAL NO. 10-CR-20705

HONORABLE ROBERT H. CLELAND

## **STIPULATED PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by and through its attorneys, BARBARA L. McQUADE, United States Attorney for the Eastern District of Michigan and LINDA AOUATE, Assistant U.S. Attorney, together with Defendant MAZEN MAZRAANI ("Defendant"), by and through his attorney, WILLIAM W. SWOR, ESQ., hereby submit this Stipulated Preliminary Order of Forfeiture:

WHEREAS, a Second Superseding Indictment ("the Indictment") was filed on or about April 5, 2011, which charged Defendant with violating 18 U.S.C. § 844(h)(1) (Use of Fire to Commit Fraud), and provided Defendant with notice that the government sought forfeiture of property constituting or derived from proceeds of his violations;

WHEREAS, Defendant entered into a Rule 11 Plea Agreement and agreed to the entry of a forfeiture money judgment against him in favor of the United States, in the amount of $140,000 in U.S. Currency, as property constituting proceeds of his federal violation;

WHEREAS, pursuant to Fed.R.Crim.P. 32.2(b)(4)(A), Defendant agrees that this Stipulated Preliminary Order of Forfeiture shall become effective and final as to him

immediately upon being entered by the Court;

NOW THEREFORE, based upon the Indictment, Defendant's acknowledgment of forfeiture, the Rule 11 and guilty plea, and the other information in the record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT a money judgment in the amount of $140,000 in U.S. Currency is granted and entered against Defendant in favor of the United States of America.

IT IS FURTHER ORDERED that pursuant to Fed.R.Crim.P. 32.2(b)(4)(A) and (b)(4)(B) this Stipulated Preliminary Order of Forfeiture shall become final upon entry, be made part of Defendant's sentence and included in the judgment, and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

IT IS FURTHER ORDERED that in the event the money judgment is not paid at or before sentencing, any unpaid balance of the money judgment may be satisfied through the forfeiture of any property of Defendant as substitute property by operation of 21 U.S.C. § 853(p)(1) and (p)(2).

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e).

Agreed upon as to form and substance:

BARBARA L. McQUADE
United States Attorney

s/Linda Aouate
LINDA AOUATE [P-70693]
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226

s/William W. Swor
WILLIAM W. SWOR [P-21215]
Attorney for Defendant Mazen Mazraani
645 Griswold St Ste 3060
Detroit, MI 48226

Phone: (313) 226-9587
Linda.aouate@usdoj.gov

Dated: December 12, 2011

Phone: (313) 967-0200
wwswor@wwnet.net

Dated: December 8, 2011

s/Mazen Mazraani, please see attached signature pg.
MAZEN MAZRAANI, Defendant

Dated:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED.**

Dated: DEC 2 0 2011

_____
HONORABLE ROBERT H. CLELAND
United States District Judge

immediately upon being entered by the Court;

NOW THEREFORE, based upon the Indictment, Defendant's acknowledgment of forfeiture, the Rule 11 and guilty plea, and the other information in the record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT a money judgment in the amount of $140,000 in U.S. Currency is granted and entered against Defendant in favor of the United States of America.

IT IS FURTHER ORDERED that pursuant to Fed.R.Crim.P. 32.2(b)(4)(A) and (b)(4)(B) this Stipulated Preliminary Order of Forfeiture shall become final upon entry, be made part of Defendant's sentence and included in the judgment, and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

IT IS FURTHER ORDERED that in the event the money judgment is not paid at or before sentencing, any unpaid balance of the money judgment may be satisfied through the forfeiture of any property of Defendant as substitute property by operation of 21 U.S.C. § 853(p)(1) and (p)(2).

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e).

Agreed upon as to form and substance:

BARBARA L. McQUADE
United States Attorney

_____
LINDA AOUATE [P-70693]
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226

_____
WILLIAM W. SWOR [P-21215]
Attorney for Defendant Mazen Mazraani
645 Griswold St Ste 3060
Detroit, MI 48226

2

Phone: (313) 226-9587  
Linda.aouate@usdoj.gov

Dated: 12/12/11

Phone: (313) 967-0200  
wwswor@wwnet.net

Dated: Dec 8, 2011

*signature*  
MAZEN MAZRAANI, Defendant

Dated:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED**.

Dated: _____          _____  
HONORABLE ROBERT H. CLELAND  
United States District Judge

3