**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES,

    Plaintiff,

v.                                   Case No. 10-20705-D-5

MAZEN MAZRAANI,

    Defendant.
                                       /

**ORDER DENYING WITHOUT PREJUDICE
APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Mazen Mazraani pleaded guilty to using a fire to commit fraud. He received his sentence less than four months ago, and his direct appeal, No. 13-1060 (6th Cir.), is pending, indeed, has barely begun; yet he submits a form with boxes checked signaling his wish to "appeal" *in forma pauperis* the denial of a non-existent "motion under 28 U.S.C. § 2255." Presumably Mazraani's counsel has used a form unsuited for his intended aim. Accordingly,

IT IS ORDERED that the application to proceed *in forma pauperis* [Dkt. # 601] is DENIED WITHOUT PREJUDICE to the submission of a coherent, properly formatted motion or application.

                                                   s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: March 18, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 18, 2013, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522